■ In the Matter of BOARD OF TRUSTEES OF INCORPORATED VILLAGE OF EAST WILLISTON, Respondent, v BOARD OF TRUSTEES OF THE INCORPORATED VILLAGE OF WILLISTON PARK, Appellant. [988 NYS2d 892]—In a proceeding pursuant to CPLR article 78 to review a determination of the Board of Trustees of the Incorporated Village of Williston Park dated March 7, 2011, which increased the rate for water services charged to the petitioner, the appeal is from a judgment of the Supreme Court, Nassau County (Cozzens, Jr., J.), dated July 23, 2012, which granted that branch of the petition which was to annul the determination on the ground that it was made in violation of lawful procedure.

Ordered that the judgment is affirmed, with costs.

The Supreme Court properly annulled the determination on the ground that the appellant failed to hold a required hearing (*see* CPLR 7803 [3]; Code of Village of Williston Park § 225-20 [A]; *cf. Town Bd. of Town of Poughkeepsie v City of Poughkeepsie,* 22 AD2d 270, 275-276 [1964]).

The parties' remaining contentions are either without merit or academic in light of our determination. Skelos, J.P., Dillon, Maltese and Barros, JJ., concur.